IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 5:23-cr-00188-2

COREY SNYDER

MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

     Comes now the United States of America, by William S. Thompson, United States

Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a

date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

                                Respectfully submitted,

                                WILLIAM S. THOMPSON
                                United States Attorney

By:

                                /s/ William S. Thompson
                                WILLIAM S. THOMPSON
                                United States Attorney
                                WV Bar No. 6968
                                300 Virginia Street, East
                                Room 4000
                                Charleston, WV 25301
                                Telephone: 304-345-2200 Fax: 304-347-5104
                                Email: will.thompson@usdoj.gov

                                /s/ Christine M. Siscaretti
                                CHRISTINE M. SISCARETTI
                                Trial Attorney
                                Department of Justice
                                Civil Rights Division, Criminal Section
                                Telephone: 202-598-9605
                                Email:   christine.siscaretti@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 7th day of November, 2024, to:


Richard M. Gunnoe
Gunnoe Law Office
300 West Randolph Street
Lewisburg, WV 24901
Email: gunnoelawoffice300@frontier.com


/s/ William S. Thompson
WILLIAM S. THOMPSON
United States Attorney
WV Bar No. 6968
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: will.thompson@usdoj.gov


/s/ Christine M. Siscaretti
CHRISTINE M. SISCARETTI
Trial Attorney
Department of Justice
Civil Rights Division, Criminal Section
Telephone: 202-598-9605
Email: christine.siscaretti@usdoj.gov