<br>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

UNITED STATES OF AMERICA,

v.                                                    CRIMINAL ACTION NO. 5:23-cr-00188-2

COREY SNYDER

**ORDER**

Pending before the court is the motion of the United States to schedule a guilty plea hearing in this matter. The motion is **GRANTED**, and the court **ORDERS** that a plea hearing be **SCHEDULED**, pursuant to *Fed. R. Crim. P.* 11, for **November 19, 2024, at 10:00 a.m**., in **Charleston, West Virginia**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   November 12, 2024

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE