IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

v.                                  CRIMINAL ACTION NO. 5:23-cr-00188-2

COREY SNYDER

### WRITTEN PLEA OF GUILTY

In the presence of Richard Gunnoe, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count One of the Indictment.

DATE: 11/19/24

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT